DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. MILLER

No. 418P87.

Case below: 86 N.C. App. 233.

Petition by defendant for writ of certiorari to the Court of Appeals denied 7 October 1987.

STATE v. MORRISON

No. 306P87.

Case below: 85 N.C. App. 511.

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 7 October 1987. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1987.

STATE v. PERRY

No. 410PA87.

Case below: 86 N.C. App. 233.

Petition by defendant for writ of certiorari as to additional issues denied 7 October 1987.

STATE v. REID

No. 439P87.

Case below: 86 N.C. App. 377.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1987.

STATE v. SMITH

No. 380P87.

Case below: 86 N.C. App. 233.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 9 October 1987.